# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| BOARD OF DIRECTORS OF THE PHILADELPHIA MASJID, INCORPORATED., RAFIQ KALAM ID-DIN, AND THE PHILADELPHIA MASJID, INCORPORATED., | : No. 413 EAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>: |
| Petitioners | : |
| v. | : |
| GREGORY JONES, AKA SEFULLAH MUHAMMAD, STANLEY INGRAM, AKA SALAAM MUSHIN, ISHAQ SAMAI, WALI BILAL, AKA HARRY MIMS, KHALILAH AZIZ, AKA DONALD ABNEY, RODNEY DUNN, SHAKRI BEYAH, BENJAMIN SULUKI, GILFORD HART, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.